UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BROWN,

                Plaintiff,

v.                                                      ORDER

CITY OF YONKERS, et al.,                                18-cv-10831 (PMH)

                Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

This matter was reassigned to me.  On 2/10/2020 a mailing to plaintiff enclosing a copy of an Order dated 1/23/2020 (Doc. 19) was returned as "Refused Unable to Forward."  As there has been no activity on this docket since the 1/23/2020 Order, plaintiff is directed to submit a letter by 7/20/2020 notifying the Court if his address has changed. Plaintiff is reminded that the Court may dismiss this action if he fails to so notify the Court in writing of a change in address. To the extent known, the defendants are directed to submit a letter notifying the Court of plaintiff's current address by 7/20/2020.

SO-ORDERED:

Dated: New York, New York
      June 29, 2020

_____

Philip M. Halpern
United States District Judge