UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHAREAF BROWN,

      ~~PROPOSED~~ ORDER

                        Plaintiff,

-against-

      18 Civ. 10831 (PMH)

THE CITY OF YONKERS, DET. THOMAS MARELLO,
P.O. DANIEL DRAGO, P.O. DOUGLAS CLAYTON
and P.O. SHAWN ALMONTE,

                        Defendants.
------------------------------------------------------------------X

Upon Defendants' application for leave to take the deposition of plaintiff, Shareaf Brown, an inmate and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED: that the Superintendent or other official in charge of the Green Correctional Facility shall have inmate Shareaf Brown (DIN# 19-A-1422) appear in such place as designated by the Superintendent or other official in charge of the Green Correctional Facility so that his deposition may be taken by video on January 28, 2021 at 10:00 a.m.

SO ORDERED:

Dated: New York, New York
      January 8, 2021

_____
Philip M. Halpern
United States District Judge