UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BROWN,

                Plaintiff,                  **ORDER**

v.

                                            18-CV-10831 (PMH)

CITY OF YONKERS, et al.,

                Defendants.
-------------------------------------------------------X

        The case management conference scheduled for February 11, 2021 at 11:00 a.m. will be held via telephone. Defense counsel shall make all arrangements necessary for the plaintiff to appear by telephone.

        At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

**Re: Incarcerated Prisoners**

        *<u>Incarcerated petitioners/plaintiffs</u> shall participate in the conference by telephone (in lieu of a writ appearance).  It is the responsibility of counsel for <u>respondent/defendant</u> to make prior arrangements with the appropriate facility to have the <u>petitioner/plaintiff available</u> via telephone.*

        The Clerk of the Court is requested to mail a copy of this Order to plaintiff.

Dated:  New York, New York
          February 4, 2021

                                                  SO ORDERED:

                                                  Philip M. Halpern
                                                  United States District Judge