UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHAREAF BROWN,

                                 Plaintiff,

-against-

THE CITY OF YONKERS, DET. THOMAS MARELLO,
P.O. DANIEL DRAGO, P.O. DOUGLAS CLAYTON
and P.O. SHAWN ALMONTE,

                                 Defendants.
----------------------------------------------------------------X

**ORDER**

18 Civ. 10831 (PMH)

Upon Defendants' application for leave to take the deposition of plaintiff, Shareaf Brown, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED: that the Superintendent or other official in charge of the Groveland Correctional Facility shall have inmate Shareaf Brown (DIN# 19-A-1422) appear in such place as designated by the Superintendent or other official in charge of the Groveland Correctional Facility so that his deposition may be taken by video on April 14, 2021 at 10:00 a.m.

SO ORDERED:

Dated: March 26 , 2021
~~New York, New York~~
White Plains, New York

_____
Philip M. Halpern
United States District Judge