```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BROWN,
                              Plaintiff,
v.
                                                          ORDER
CITY OF YONKERS, et al.,
                                                          18-CV-10831 (PMH)
                              Defendants.
---------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

The Court's February 11, 2021 Order (Doc. 36) directed defendants to file a letter notifying the Court when plaintiff's deposition has been completed, and advising of the parties' positions concerning settlement/mediation. The deposition was scheduled to proceed on April 14, 2021. Accordingly, defendants shall file a letter by May 5, 2021 confirming that all discovery is complete, and providing a status update to the Court concerning settlement/mediation.

As previously directed, as this case will be proceeding to trial, plaintiff shall make written application for *pro bono* counsel should he be so advised.

The Court has been advised that Plaintiff was transferred to Groveland Correctional Facility. Accordingly, the Clerk of Court is respectfully requested to update plaintiff's address on the ECF docket to: Shareaf E. Brown, DIN#19-A-1422, Groveland Correctional Facility, P.O. Box 50, Sonyea, New York 14556-0050. Plaintiff is reminded that the Court may dismiss this action if he fails to notify the Court in writing of a change in address.

The Clerk of the Court is requested to mail a copy of this Order to plaintiff at the address indicated herein.

SO-ORDERED:

Dated: White Plains, New York
       April 28, 2021

_____
Philip M. Halpern
United States District Judge