UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHAREAF BROWN,

                                                  **JUDGMENT**

                           Plaintiff,

                                                  18 Civ. 10831 (PMH)

        -against-

THE CITY OF YONKERS, DET. THOMAS MARELLO,
P.O. DANIEL DRAGO, P.O. DOUGLAS CLAYTON
and P.O. SHAWN ALMONTE,

                                     Defendants.
-------------------------------------------------------------------X

       **WHEREAS**, plaintiff Shareaf Brown commenced this action by filing a complaint on or about April 25, 2019, alleging that defendants violated his federal civil rights; and

       **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS**, defendants, through the City of Yonkers, served plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on June 21, 2021;

       **WHEREAS**, on June  30 , 2021; plaintiff accepted the Offer of Judgment, it is hereby,

       **ORDERED, ADJUDGED AND DECREED**, that plaintiff take judgment against defendants for the total sum of $5,500.00 as well as plaintiff's property in the possession of the Yonkers Police Department consisting of; 1) a metal chain with a pendant and; 2) a cell phone; be released to plaintiff's fiancé after plaintiff provides a notarized letter to Officer Cutter authorizing his fiancé permission to retrieve the two referenced items in full satisfaction of all claims against the defendants herein, said $5,500.00 and return of said property offer being inclusive of costs, disbursements, and attorneys' fees in plaintiff's favor. The judgment is in full

satisfaction of all claims made by plaintiff and is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the City of Yonkers, or any agency thereof.

Dated: White Plains, New York
       July _9_ , 2021

                                            _____
                                            HONORABLE PHILIP M. HALPERN
                                            UNITED STATES DISTRICT JUDGE